IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| MAHAMADOU GANDA NABI | ) | |
|---|---|---|
| | ) | Civil Action No. 09-1031 |
| Plaintiff, | ) | |
| | ) | JUDGE GARY L. LANCASTER |
| v. | ) | |
| | ) | Electronically Filed |
| COMMUNITY LIVING & | ) | |
| LEARNING, INC., | ) | |
| | ) | |
| Defendant. | ) | |


## ORDER OF COURT


AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED,

WITH PREJUDICE, each party to bear its own fees and costs.

Date: 5/15/10

Gary L. Lancaster, CUSDJ